IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACKERLEEN HALL,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00103-MP-AK

SHANDS TEACHING HOSPITAL AND CLINICS, INC.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 26, Stipulation of Dismissal by Shands Teaching Hospital and Clinics, Inc. On August 20, 2009, both parties signed a Joint Stipulation for Dismissal With Prejudice for the above-referenced matter, each party to bear their own attorney's fees and costs. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is DISMISSED WITH PREJUDICE, each party to bear their own attorney's fees and costs, as per the Stipulation.

**DONE AND ORDERED** this  *25th*  day of August, 2009

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge